# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RONNIE D. AKINS,                                                                                                          PLAINTIFF
ADC #139253

v.                                            4:20CV00431-JM-JTK

BILL HIGGINS, et al.                                                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of June, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE